**From: The District Court of the 1st Judicial District.**
**County of Lewis and Clark.**

STATE OF MONTANA,
   Plaintiff,                           **CAUSE NO. BDC-08-444**
vs.                                  **DECISION**
WILFRED GLADUE,
   Defendant,

On January 8, 2009, the defendant was sentenced to a commitment to the Department of Corrections for a term of five (5) years for the offense of <u>Count I</u>: Driving Under the Influence of Alcohol – Sixth Offense, a felony. The Department may place the defendant into an appropriate community-based program, facility, or a State correctional institution, with the Court's recommendation that the defendant complete the WATCh program. The sentence shall run consecutively to the sentence imposed upon the defendant in Cause No. BDC-2002-314.

On May 8, 2009, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Eric Olson. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 8th day of May, 2009.

DATED this 21st day of May, 2009.

Chairperson, Hon. Stewart Stadler, Member, Hon. Blair Jones and Member, Richard Simonton.